**WYMER-HARRIS CONSTRUCTION CO v GLASS, Admr, etc.**

Ohio Supreme Court
No 22056.  Decided May 21, 1930

Marshall, CJ., Kinkade, Jones, Matthias, Day and Allen, JJ., concur.

**HOCKING VALLEY RY CO v WYKLE**

Ohio Supreme Court
No 22149.  Decided May 21, 1930

**MARTIN V. HOWELL v EMILY D. HOWELL, et**

Ohio Supreme Court
No 22081.  Decided May 21, 1930

Marshall, CJ., Kinkade, Robinson, Matthias, Day and Allen, JJ., concur.

**VOYTKO v BUNTING, et**

Ohio Supreme Court
No 22107.  Decided May 21, 1930

Kinkade, Matthias and Allen, JJ., concur.